NELSON Z. GRAVES, respondent,

*v.*

EDWIN FANCHER et al., appellants.

[Submitted March 24th, 1913. Decided June 18th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 407.*

*Mr. Addison H. Hazeltine* and *Messrs. Pitney, Hardin & Skinner,* for the respondent.

*Mr. Henry Huston,* for the appellants.

PER CURIAM.

We agree with the vice-chancellor's construction of the deed from Rutherford to Thomas Iron Company of April 22d, 1871. This makes it unnecessary to consider whether the complainant has shown an unbroken paper title. Upon a bill to quiet title, when the jurisdictional facts are shown, as we think they are in this case, it is for the defendant to establish his claim (*Ocean View Land Co.* v. *Loudenslager,* 78 N. J. Eq. (8 Buch.) 571), and this has not been done.

The decree must be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, TERHUNE —14.

*For reversal*—None.